UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN DOBSHINSKY,                    1:06-cv-01285-OWW-DLB-P

               Plaintiff,      **ORDER ADOPTING FINDINGS AND**
                           **RECOMMENDATION** (Doc. 19)
vs.
                          **ORDER DISMISSING ENTIRE ACTION**
PLEASANT VALLEY STATE PRISON,
et al.,

               Defendants.
_____/

    Plaintiff, Allen Dobshinsky ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 28, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On February 29, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendation to
be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed January 28,
2008, are ADOPTED IN FULL; and,

2.   This entire action is DISMISSED with prejudice.

IT IS SO ORDERED.

**Dated:    March 25, 2008**             /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE